NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CEPHALON, INC. AND CIMA LABS, INC.,**
*Plaintiffs-Appellants,*

v.

**WATSON PHARMACEUTICALS, INC.,
WATSON LABORATORIES, INC.,
AND WATSON PHARMA, INC.,**
*Defendants-Appellees.*

---

2011-1325

---

Appeal from the United States District Court for the District of Delaware in case no. 08-CV-0330, Judge Sue L. Robinson.

---

**ON MOTION**

---

**O R D E R**

Cephalon, Inc. and CIMA Labs, Inc., move for a 30-day extension of time, until October 17, 2011, to file their opening brief due to settlement negotiations.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**SEP 14 2011**
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: William F. Lee, Esq.
    James K. Stronski, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 14 2011

JAN HORBALY
CLERK